# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   MICHAEL J. AVERY & AMANDA N. AVERY             Case Number: 07-70078
         343 COLLEGE STREET                SSN-xxx-xx-7087 & xxx-xx-2901
         MILTON, WI  53563

Case filed on:       1/12/2007
Plan Confirmed on:    6/8/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $4,070.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 1,559.38 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,559.38 | 0.00 |
| 003 | ATTORNEY PAUL GODLEWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | GO MORE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | STATE COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BELOIT AREA HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MERCY HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL J. AVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FIRST AMERICAN CREDIT UNION | 10,001.62 | 1,585.52 | 1,585.52 | 0.00 |
| 002 | FIRST AMERICAN CREDIT UNION | 2,200.00 | 2,200.00 | 515.01 | 151.21 |
|  | Total Secured | 12,201.62 | 3,785.52 | 2,100.53 | 151.21 |
| 002 | FIRST AMERICAN CREDIT UNION | 749.56 | 749.56 | 0.00 | 0.00 |
| 004 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BELOIT AREA COMMUNITY HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BELOIT AREA HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BELOIT CLINIC | 4,509.51 | 4,509.51 | 0.00 | 0.00 |
| 012 | BELOIT CLINIC | 20.00 | 20.00 | 0.00 | 0.00 |
| 013 | BELOIT MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAMELOT RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MERCY HEALTH SYSTEM | 2,274.32 | 2,274.32 | 0.00 | 0.00 |
| 019 | NSA | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 968.00 | 968.00 | 0.00 | 0.00 |
| 021 | ASSET ACCEPTANCE CORP | 485.21 | 485.21 | 0.00 | 0.00 |
| 023 | T-MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MERCY HEALTH SYSTEM | 862.23 | 862.23 | 0.00 | 0.00 |
| 025 | DIESEL DRIVING SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RUSSELL SHERMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ASSET ACCEPTANCE CORP | 179.57 | 179.57 | 0.00 | 0.00 |
|  | Total Unsecured | 10,048.40 | 10,048.40 | 0.00 | 0.00 |
|  | Grand Total: | 24,750.02 | 16,333.92 | 3,659.91 | 151.21 |

Total Paid Claimant:      $3,811.12
Trustee Allowance:        $258.88              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00               discharging the trustee and the trustee's surety from any and all
                                               liablility on account of the within proceedings, and closing the estate,
                                               and for such other relief as is just.  Pursuant to FRBP, I hereby
                                               certify that the subject case has been fully administered.

Report Dated:

                                            /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  04/18/2008          By   /s/Heather M. Fagan